UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tyler P. Wiss and Melody M. McKenna, | Case No. 22-cv-2047 (PJS/LIB) |
| Plaintiffs, | |
| vs | **[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT DEREK B. PARENDO TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |
| Proctor Independent School District 704, Derek B. Parendo, John Doe Assistant Coaches #1-5 and John E. Engelking, | |
| Defendant. | |

---

This matter comes before the Court on the Parties' Stipulation to Extend the Time for Defendant Derek B. Parendo to Answer, Move, or Otherwise Respond to Plaintiffs' Amended Complaint. Pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, this stipulation is approved and Defendant Derek B. Parendo's deadline to answer, move, or otherwise respond to Plaintiffs' Amended Complaint, [Dkt. No. 5], is hereby extended to **October 28, 2022**.

BY THE COURT:

Dated: _____

_____
Leo I. Brisbois
United States Magistrate Judge