UNITED STATES OF AMERICA
IN THE DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

**TYLER P. WISS
and MELODY M. MCKENNA,**                     Case No:  **22-CV-02047-PJS-LIB**

               **Plaintiffs,**

   vs.

**PROCTOR INDEPENDENT SCHOOL DISTRICT 704,
DEREK B. PARENDO;
JOHN DOE ASSISTANT COACHES #1-5; and
JOHN E. ENGELKING.**

               **Defendants.**

---

## PLAINTIFFS' DISCLOSURE OF MENTAL HEALTH PROVIDERS

---

Plaintiffs, Tyler P. Wiss and Melody M. McKenna, by their attorneys, **Ledin, Olson & Cockerham, S.C.,** hereby disclose TW's treating mental health providers pursuant to the Court's pretrial scheduling notice and order dated November 15, 2022.

1.    TW has been treating at WebMD, LLC  located at 925 East Superior Street, Suite 113, Duluth, Minnesota 55802-2253 with the following providers:

    A.    Karissa Haugen, PMHNP

    B.    Jeremy Perrett, LSW

    C.    Timothy Weber, MSN, PMHNP, FNP

2.    That plaintiff will disclosure further providers if and when TW obtains treatment from the same.

3.      Plaintiff has further served on all defendants' counsel authorization for release of

records to WebMD, LLC.

Dated this 30th day of November, 2022.

**LEDIN, OLSON & COCKERHAM, S.C.**
Attorneys for the Plaintiffs

BY: _____
        Stephen J. Olson, 0300810

BY: _____
        Nathan M. Cockerham

1109 Tower Avenue
Superior, WI 54880
715-394-4471