# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tyler P. Wiss and Melody M. McKenna, | Case No. 22-CV-02047-JWB-LIB |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF JOHN ENGELKING SUBMITTED IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS** |
| Proctor Independent School District 704, Derek B. Parendo; Kerry Juntunen; Timothy Rohweder; John Awsumb; Anthony Wood; James F. Vos; and John E. Engelking. | |
| Defendants. | |

STATE OF MINNESOTA    )
                                             ) ss.
COUNTY OF ST. LOUIS  )

I, John Engelking, being first duly sworn under oath, states and alleges as follows:

1. I am an individually named defendant in the above-captioned action.

2. On September 2, 2022, I was served a Summons (Doc. 3, 7-8) and a copy of Plaintiffs' original Complaint (Doc. 1).

3. On March 22, 2023, I was served a copy of Plaintiffs' (First) Amended Complaint (Doc. 5). Until that date, I was never served a copy of the (First) Amended Complaint in this matter.

FURTHER AFFIANT SAYETH NOT.

Dated: 4-11-23

_____
John Engelking

Subscribed and sworn to me
this 11 day of April 2023.

/s/ Lori Ann Johnson
Notary Public

LORI ANN JOHNSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2024