UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tyler P. Wiss and Melody M. McKenna, | Case No. 22-CV-02047 (JWB/LIB) |
| Plaintiffs, | |
| v. | |
| Proctor Independent School District 704, Derek B. Parendo; Cole Lipinski; Phillip Mogen; Alex Oachs; Erik Edmunds; Matt Solberg; John Engelking, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel of record that Maggie R. Wallner and Alex D. Ivan withdraw as counsel of record on behalf of Defendants Cole Lipinski, Phillip Mogen, Erik Edmunds, and Matt Solberg in the above-captioned matter. Maggie R. Wallner and Alex D. Ivan remain counsel of record for Defendants Proctor Public Schools, Independent School District No. 704, and John E. Engelking.

Notice is given that Timothy A. Sullivan of Ratwik, Roszak & Maloney, P.A. has been retained in substitution of Maggie R. Wallner and Alex D. Ivan, and that he hereby enters his appearance on behalf of Defendants Cole Lipinski, Phillip Mogen, Erik Edmunds, and Matt Solberg in this matter.

| | |
|---|---|
| Dated: June 14, 2023 | **KENNEDY & GRAVEN, CHARTERED**<br><br>By:  */s/ Alex D. Ivan*<br>Maggie R. Wallner (A.R. #019458)<br>Alex D. Ivan (A.R. #0399607)<br>150 South Fifth Street, Suite 700<br>Minneapolis, MN  55402<br>Telephone:  (612) 337-9300<br>Facsimile:  (612) 337-9310<br>Email:  mwallner@kennedy-graven.com<br>       aivan@kennedy-graven.com<br><br>*Attorneys for Defendants Independent School District No. 704 and John Engelking* |
| Dated: June 14, 2023<br><br>*(authorized by email on June 14, 2023)* | **RATWIK, ROSZAK & MALONEY, P.A.**<br><br>By:  */s/ Timothy A. Sullivan*<br>Timothy A. Sullivan (A.R. #0391526)<br>444 Cedar Street, Suite 2100<br>St. Paul, MN 55101<br>Telephone: (612) 339-0060<br>Facsimile:  (612) 339-0038<br>Email:       tas@ratwiklaw.com<br><br>*Attorney for Defendants Cole Lipinski, Phillip Mogen, Erik Edmunds, and Matt Solberg* |

2