# LEDIN, OLSON & COCKERHAM, S.C.

ATTORNEYS AT LAW

STEVEN J. LEDIN
STEPHEN J. OLSON*
NATHAN M. COCKERHAM
SUZANNE M. BLANK*
MICAH A. PAHL
*Also admitted in Minnesota

1109 TOWER AVENUE
SUPERIOR, WISCONSIN 54880

TELEPHONE
(715) 394-4471

FAX
(715) 394-3889

*IN MEMORIAM:*
STEPHEN R. BICK (1951 - 2014)
FORREST O. MAKI (1947 – 2020)

November 1, 2023

SENT VIA EFILE ONLY
Honorable Leo I. Brisbois
U.S. Magistrate Judge
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802

*Re:  Wiss et al v. Proctor Independent School District #704 et al
       Case No: 22-cv-02047-JWB-LIB*

Dear Magistrate Judge Brisbois:

The purpose of this letter is to inform the Court that the parties to the above-captioned matter reached a mediated settlement agreement on October 18, 2023, and are in the process of drafting and executing a formalized settlement agreement. Additional filings seeking judicial approval of the agreement, as well as dismissal of this matter with prejudice, will be forthcoming. Please do not hesitate to reach out with any questions.

Sincerely,

*Electronically Signed by Nathan M. Cockerham*

Nathan M. Cockerham
NMC:tk
ncockerham@loclaw.net