UNITED STATES OF AMERICA
IN THE DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TYLER P. WISS; and<br>MELODY M. MCKENNA,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>PROCTOR INDEPENDENT SCHOOL DISTRICT 704,<br>DEREK B. PARENDO;<br>COLE LIPINSKI;<br>PHILLIP MOGEN;<br>ALEX OACHS;<br>ERIK EDMUNDS;<br>MATT SOLBERG; and<br>JOHN E. ENGELKING.<br><br>　　　　　Defendants. | Case No: 22-CV-02047-JWB-LIB |

**STATEMENT THAT ENTIRE DOCUMENT IS CONFIDENTIAL**

COMES NOW, Plaintiff's, by their attorneys, Ledin, Olson & Cockerham, S.C., by Nathan M. Cockerham, and does hereby set forth as follows, pursuant to Minnesota Federal District Court local rule number 5.6(d)(1)(A)(ii):

1. That parties reached an agreement in this matter, the entire terms of which are confidential;

2. It is respectfully requested that a "Redacted Public Version" not be required to be filed under Minnesota District Court local rule 5.6(d)(1)(A)(ii).

Dated this 13th day of December, 2023.

                                            **LEDIN, OLSON & COCKERHAM, S.C.**
                                            Attorneys for the Plaintiffs

                                            Nathan M. Cockerham, #1067913
                                            1109 Tower Ave.
                                            Superior, WI 54880
                                            (715) 394-4471
                                            ncockerham@loclaw.net