# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tyler P. Wiss and Melody M. McKenna, | Case No. 22-CV-02047-JWB-LIB |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING THE PETITION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |
| Proctor Independent School District 704, Derek B. Parendo; Cole Lipinski; Phillip Mogen; Alex Oachs; Erik Edmunds; Matt Solberg; and John Engelking, | |
| Defendants. | |

This matter comes before the Court upon the Parties' Petition for Approval of Settlement. The Petition is submitted by the Plaintiffs, after consultation with counsel for each defendant, approval as to form being given by all parties.

The court, having been advised in the premises, having reviewed the filings to date, and having considered the contents of the Petition for Approval of Settlement, Exhibit A of said Petition (filed under seal of the court), and the Declaration of Nathan M. Cockerham orders as follows:

**IT IS HEREBY ORDERED:**

The Petition for Approval of Settlement is hereby granted, namely, the specific terms of settlement, set forth in Exhibit A of the Petition for Approval of Settlement is approved by the Court.

This matter is dismissed with prejudice and without costs to any parties. This is a final order for purposes of appeal.

Dated:_____                          BY THE COURT

                                                                                          _____
                                                                                          Jerry W. Blackwell
                                                                                          District Court Judge