## LEDIN, OLSON & COCKERHAM, S.C.

ATTORNEYS AT LAW

STEVEN J. LEDIN
STEPHEN J. OLSON*
NATHAN M. COCKERHAM
SUZANNE M. BLANK*
MICAH A. PAHL
*Also admitted in Minnesota

1109 TOWER AVENUE
SUPERIOR, WISCONSIN 54880

TELEPHONE
(715) 394-4471

FAX
(715) 394-3889

IN MEMORIAM:
STEPHEN R. BICK (1951 - 2014)
FORREST O. MAKI (1947 – 2020)

December 13, 2023

**SENT VIA EFILE ONLY**
Honorable Jerry W. Blackwell
US District Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:    **Wiss et al v. Proctor Independent School District #704 et al**
         **Case No: 22-cv-02047-JWB-LIB**

Dear Judge Blackwell:

The parties reached a settlement in this case. The terms are memorialized in a Settlement Agreement and Release of Claims. The Settlement Agreement and Release of Claims provides that the terms of the settlement are to be confidential.

Filed contemporaneously with this letter are the following:

1. Petition for Approval of Settlement;
2. Declaration of Nathan M. Cockerham in Support of Petition for Approval of Settlement;
3. Settlement Agreement and Release of Claims (to be filed under seal);
4. Statement that Entire Document is Confidential, pursuant to local rule 5.6(d)(1)(A)(ii
5. Proposed Order granting the Petition for Approval of Settlement.

Pursuant to local rule 7.1(a), the parties met and conferred on all topics addressed in this letter. Pursuant to local rule 7.1(c), I contacted the Court's courtroom deputy and informed her that the parties jointly agree that a hearing on this petition is not necessary. Accordingly, no hearing is currently set. In the event that the Court deems a hearing necessary, the parties will cooperate in scheduling a hearing.

Sincerely,

Nathan M. Cockerham
NMC:tk
ncockerham@loclaw.net

cc: Timothy Sullivan, Mark Fredrickson, Alex Ivan, Melody McKenna, Tyler Wiss, and Tanner Wiss