UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tyler P. Wiss and Melody M. McKenna, | Civ. No. 22-2047 (JWB/LIB) |
| Plaintiffs, | |
| v. | ORDER GRANTING THE PETITION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE |
| Cole Lipinski; Phillip Mogen; Alex Oachs; Erik Edmunds; Matt Solberg; Proctor Independent School District 704; Derek B. Parendo; and John Engelking, | |
| Defendants. | |

---

The parties have filed a Petition for Approval of Settlement in this matter. (Doc. No. 95.) The Petition is submitted by the Plaintiffs, after consultation with counsel for each Defendant, with approval as to form being given by all parties.

Based on the filings to date, and having considered the contents of the Petition for Approval of Settlement, Exhibit A of the Petition (filed under seal), and the Declaration of Nathan M. Cockerham,

**IT IS HEREBY ORDERED** that:

The Petition for Approval of Settlement (Doc. No. 95) is **GRANTED**, namely, the specific terms of settlement, set forth in Exhibit A of the Petition for Approval of Settlement is **APPROVED**. This matter is dismissed with prejudice and without costs to any parties. This is a final order for purposes of appeal.

Date: December 20, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge